```
 1  BENJAMIN B. WAGNER
    U.S. Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7            IN THE UNITED STATES DISTRICT COURT FOR THE

 8                   EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   MAG. NO.  11-326-CKD
                  Plaintiff,     )
11       v.                      )
                                 )   MOTION TO DISMISS COMPLAINT
12  PATRICK GREGORY BACCARI,     )   AND ORDER
                  Defendant.     )
13  _____)

14                              **MOTION**

15       HEREBY, the United States moves that this Court enter an

16  order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without

17  prejudice the complaint for Unlawful Flight to Avoid Prosecution in

18  the above referenced case, CR No 11-0326-CKD, against defendant

19  BACCARI.

20  DATED: 10/31/11                      BENJAMIN WAGNER
                                         U.S. Attorney
21                                       /s/Michelle Rodriguez
                                   By    _____
22                                       MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
23                              **ORDER**

24       The United States' motion to dismiss without prejudice the

25  underlying UFAP complaint in the above referenced case, MAG No 11-

26  326-ckd against defendant BACCARI is GRANTED.

27  DATED: October 31, 2011.
                                         _____
28                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
```